# Civil Minutes

Time Set: 10:00 a.m.
Start Time: 10:03 a.m.
End Time: 10:19 a.m.

Victoria Richardson

( x ) Plaintiff  ( ) Government

vs.

William Sneider and Associates, LLC, et al.

Defendant(s)

Civil Case Number: 4:12cv25

Date: July 16, 2012

Presiding Judge: F. Bradford Stillman

Court Reporter: Jody Stewart, OCR

Courtroom Deputy: Lisa Woodcock

Proceedings: The matter came before the Court on the Motion for Default Judgment (4). Sarah Bland appeared on behalf of Plaintiff. No appearance by Defendant.
Argument by Ms. Bland regarding the legitimate causes of action in the complaint. Witness Victoria Richardson, sworn. Examination by Ms. Bland. Plaintiff's Exhibit 1 admitted into evidence. Witness excused. Argument for attorney's fees by Ms. Bland.
Comments of the Court. Court to prepare R&R.
Court in recess.