**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF VIRGINIA
Newport News Division**



VICTORIA RICHARDSON,

        **Plaintiff,**

v.                                    **ACTION NO. 4:12cv25**

**WILLIAM SNEIDER AND
ASSOCIATES, LLC,**

        **Defendant.**

## FINAL ORDER

This matter comes before the court on plaintiff's Motion for Default Judgment (ECF No. 4), filed on April 5, 2012. The matter was referred to a United States Magistrate Judge by Order of April 18, 2012, pursuant to the provisions of 28 U.S.C. § 636(b)(1)(B) and Federal Rule of Civil Procedure 72(b), to conduct hearings, including evidentiary hearings, if necessary, and to submit to the undersigned proposed findings of fact, if applicable, and recommendations for the disposition of the motion. The plaintiff filed a Motion for Voluntary Dismissal of Count Seven (ECF No. 15), on July 6, 2012, which is also now ripe for decision.

The United States Magistrate Judge's Report and Recommendation was filed on July 24, 2012. (ECF No. 18.) The magistrate judge recommended granting plaintiff's Motion for Default Judgment for Counts I through VI, granting plaintiff's Motion to Voluntarily

Dismiss Count VII, and that default judgment be entered against the defendant, William Sneider and Associates, LLC ("William Sneider").

By copy of the report and recommendation of the magistrate judge, the parties were advised of their right to file written objections thereto. The court has received no objections to the magistrate judge's report and recommendation, and the time for filing same has expired. The court does hereby adopt and approve in full the findings and recommendations set forth in the Report and Recommendation of the United States Magistrate Judge filed July 24, 2012.

Accordingly, the plaintiff's Motion for Default Judgment against William Sneider and Associates, LLC is **GRANTED** for Counts I through VI; the plaintiff's Motion to Voluntarily Dismiss Count VII is **GRANTED**; judgment is **ENTERED** in favor of Victoria Richardson, the plaintiff, and against William Sneider and Associates, LLC, in the amount of $9,387.50, plus interest at the rate of judgment from the date of the final judgment until entry of judgment. The Clerk shall enter judgment for the plaintiff to this effect.

Plaintiff seeks taxable costs of $380.00 pursuant to 28 U.S.C. §§ 1920 and 1924 and Local Civil Rule 54(D). See Report & Recommendation 32. Plaintiff is **DIRECTED** to serve William Sneider said bill of costs within eleven (11) days from the entry of judgment, so that defendant may have an opportunity to object.

The Clerk shall forward a copy of this Final Order to the parties.

It is so ORDERED.

/s/
Rebecca Beach Smith
Chief
United States District Judge

REBECCA BEACH SMITH
CHIEF UNITED STATES DISTRICT JUDGE

Newport News, Virginia
August 14, 2012